NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>TERRY JAMES JOHNSTON<br>                      Debtor(s) | BK−20−12461−btb<br>CHAPTER 7<br><br>Appeal Reference Number:    21−21 |
| KARI JOHNSTON<br>                      Appellant(s)<br><br>vs<br><br>TEDAN SURGICAL INNOVATIONS INC; TROY FOX, CH 7 TRUSTEE<br>                      Appellee(s) | NOTICE OF REFERRAL<br>OF APPEAL TO<br>BANKRUPTCY APPELLATE PANEL |

To:    All Parties in Appeal
         U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Mark M. Weisenmiller, Esq. for Kari Johnston with the Clerk of the Bankruptcy Court on 7/13/21.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 7/16/21

                                                                                *Mary A. Schott*
                                                                                Mary A. Schott
                                                                                Clerk of Court